## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DESEREE ADDISON** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 06-10067 |
| | * | |
| **JOHN PATTERSON, CORE CARRIER** | * | SECTION "F" (5) |
| **CORPORATION AND GREAT WEST** | * | |
| **CASUALTY COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED BY THIS COURT** that the above entitled and numbered case be and it hereby is dismissed with prejudice as to plaintiff, Deseree Addison and defendants, John Patterson, Core Carrier Corporation and Great West Casualty Company, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this ___30th___ day of _____July_____, 2007.

_____
JUDGE